# UNITED STATES DISTRICT COURT
## District of Connecticut

### JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

Case No.: 3:17-cr-00034-SRU-1

V.

Peter S. Jongbloed, Assistant U.S. Attorney

DA YING

Ronald C. Osach, Defendant's Attorney

The defendant pled guilty to Count 1 of the Information.

Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Total Counts |
| --- | --- | --- | --- |
| Title 31, United States Code, §5324(a)(3) and 5324(d)(2), and 31 C.F.R. § 103.11 | Engaging in a Pattern of Financial Transactions to Evade Reporting Requirements | 2012 | 1 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**CRIMINAL MONETARY PENALTIES**
The defendant is sentenced, in absentia, to a fine in the amount of $10,000.00. No term of imprisonment, supervised release or probation is imposed. The imposition of this non-guideline sentence reflects several factors including the defendant and government's plea agreement, the defendant's serious health complications, and the defendant's commitment to making amends for his wrongdoing. Although the defendant is charged with a serious crime, the defendant has no prior criminal history. Further, the money involved did not originate from criminal proceeds. Accordingly, the sentence imposed is sufficient, but not greater than necessary, to serve the purposes of sentencing.

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

**Special Assessment:** $100.00 to be paid to the Clerk of the Court
**Fine:** $10,000.00 to be paid within 6 months of the date of this judgment (interest to be waived during that period)
**Restitution:** Paid in full at the time of sentencing by means of forfeiture

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are paid.

Date of Imposition of Sentence: June 24, 2022

*/s/ Stefan R. Underhill*
Stefan R. Underhill, United States District Judge

Date: July 5, 2022